AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Max. life imprisonment; Min. 10 years imprisonment
250,000.00 fine
Supervised release: 5 years minimum, life maximum
Special Assessment: $40,100.00
Restitution
Forfeiture

**DEFENDANT - U.S**

▶ Ishaq Ikharo

DISTRICT COURT NUMBER

CR26-00063 HSG

**FILED**

Feb 11 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Adelaida Hernandez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

4:24-cr-60-YGR

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form ____ Craig H. Missakian

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Zachary M. Glimcher

**IS NO...**
Has...
1) ☐ If no... sur...

2) ☐ Is a...

3) ☐ Is o...

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Pulaski County Detention Center

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: ____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: ____  Before Judge: ____

Comments: ████████████████████████████████

# 𝔘nited 𝔖tates 𝔇istrict 𝔆ourt

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

CR26-00063 HSG

**FILED**

Feb 11 2026

**Mark B. Busby**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

ISHAQ IKHARO

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor;

A true bill.

*/S/ Foreperson of the Grand Jury*

Foreman

Filed in open court this _____11th_____ day of

February, 2026_____.

Clerk

Bail, $ No process

Hon. Laurel Beeler, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

Feb 11 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ISHAQ IKHARO,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR26-00063 HSG

VIOLATIONS:
18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor;
18 U.S.C. § 2253(a) – Criminal Forfeiture

Venue: Oakland, CA

INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment:

1. Defendant Ishaq IKHARO was a resident of the Northern District of California.

2. Minor Victim 1 was identified as a real person with a date of birth in the year 2013, who had not attained the age of 18 years.

3. Minor Victim 3 was identified as a real person with a date of birth in the year 2010, who had not attained the age of 18 years.

4. Minor Victim 5 was identified as a real person with a date of birth in the year 2010, who had not attained the age of 18 years.

5. Minor Victim 8 was identified as a real person with a date of birth in the year 2012, who had not attained the age of 18 years.

INDICTMENT

6.      Minor Victim 9 was identified as a real person with a date of birth in the year 2009, who had not attained the age of 18 years.

7.      Minor Victim 10 was identified as a real person with a date of birth in the year 2014, who had not attained the age of 18 years.

8.      Minor Victim 13 was identified as a real person with a date of birth in the year 2014, who had not attained the age of 18 years.

9.      Minor Victim 14 was identified as a real person with a date of birth in the year 2009, who had not attained the age of 18 years.

10.     Minor Victim 15 was identified as a real person with a date of birth in the year 2007, who had not attained the age of 18 years.

COUNT ONE:        (18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor)

From on or about April 30, 2022, and continuing through on or about September 8, 2024, in the Northern District of California and elsewhere, the defendant,

ISHAQ IKHARO,

using any facility and means of interstate and foreign commerce, to wit, internet and cellular phone, did knowingly persuade, induce, entice, and coerce Minor Victim 1, Minor Victim 3, Minor Victim 5, Minor Victim 8, Minor Victim 9, Minor Victim 10, Minor Victim 13, Minor Victim 14, and Minor Victim 15, persons who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

FORFEITURE ALLEGATION:      (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in this Indictment, the defendant,

ISHAQ IKHARO,

shall forfeit to the United States of America:

INDICTMENT                                    2

    a.   any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c.   any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

    a.   One PlayStation gaming system Serial #F331017JB14180620;

    b.   One blue Apple iPod, Model A2178; Serial #F6KFF1HPM939; and

    c.   One Silver Laptop "C" m=Model LT1505; FCC ID: 2AW9M-LT1504.

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code,

///

///

///

///

INDICTMENT                      3

Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:       February 11, 2026                    A TRUE BILL.


                                                  _____/s/_____
                                                  FOREPERSON


CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

INDICTMENT                                4